UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WALTER LUCAS,
    Petitioner,

v.                              Case No. 3:25cv90/LC/MAL

WARDEN FPC PENSACOLA,
    Respondent.
_____/

## **ORDER**

On May 8, 2025, the magistrate judge issued a Report and Recommendation recommending that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 be dismissed. (ECF No. 8). The two bases for the recommendation were Petitioner's failure to comply with an order of the Court and the fact that Petitioner has been released to prerelease custody and thus obtained the relief sought in the petition. Petitioner was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (ECF No. 2) is **DISMISSED**.

3. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 16th day of June, 2025.

       *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv90/LAC/MAL